IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

BRUCE DEWAYNE HILLIARD,        )
                                )
    Plaintiff,                  )
                                )
v.                              )   CV 317-049
                                )
DODGE COUNTY SHERIFFS L.E.C. and )
SOUTHERN CORRECTIONAL MEDICINE, )
                                )
    Defendants.                 )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 19th day of September, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE